# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, INC.<br>2020 Pennsylvania Avenue, NW, #163<br>Washington, DC 20006. | )<br>)<br>)<br>) |  |
| Plaintiff | )<br>) |  |
| v. | )<br>) | Civil Action No. 18-379 |
| THE OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street NW, Washington DC 20503; and THE U.S.<br>DEPARTMENT OF COMMERCE 1401 Constitution<br>Ave NW, Washington DC 20230 | )<br>)<br>)<br>)<br>) |  |
| Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |  |

PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006.

                              Plaintiff

        v.                                      Civil Action No. 18-379

THE OFFICE OF MANAGEMENT AND BUDGET
725 17th Street NW, Washington DC 20503; and THE U.S.
DEPARTMENT OF COMMERCE 1401 Constitution
Ave NW, Washington DC 20230

                         Defendants

## COMPLAINT

1.       Plaintiff The Protect Democracy Project, Inc. ("Protect Democracy") brings this action against Defendants Office of Management and Budget ("OMB") and the U.S. Department of Commerce ("DOC") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges as follows:

2.       The integrity of the 2020 Census—and, critically, of its leadership—goes directly to the heart of public confidence in our government. Any political interference with the leadership, content, or conduct of the Census Bureau or 2020 Census poses a grave risk of corrupting our election process by creating an inaccurate and partisan congressional apportionment base. For this reason, on November 29, 2017, Plaintiff filed suit against OMB and DOC based on a set of Freedom of Information Act ("FOIA") requests dealing with the unexpected resignation of former Census Director John Thompson, as well as political interference with the Census Bureau and the 2020 Census. *See Protect Democracy Project, Inc. v. Office of Mgmt. and Budget et al.*, Case No. 1:17-cv-02561 (D.D.C. Nov. 29, 2017).

3.       No facts collected by the federal government are more critical to the basic functioning of our democracy than the data collected by the Census Bureau. The census has therefore historically and rightly been conducted on an independent basis by non-political, professional staff and isolated from interference by the White House and other political officials. Any politicization of the most important and complex data collection performed by the federal government would represent a significant threat to the accuracy of the 2020 Census and the independence of an agency that must, for the sake of our democracy, remain nonpartisan.

4.       Maintaining the independence and integrity of the Census Bureau is particularly crucial because the 2020 Census is already at risk. U.S. Government Accountability Office, *2020*

*Decennial Census* (Feb. 15, 2017), *available at* http://www.gao.gov/highrisk/2020_decennial

_census/why_did_study ("GAO Report"); Robert Shapiro, *The 2020 Census May be Wildly*

*Inaccurate—and It Matters More Than You Think*, Brookings (Aug. 31, 2017), *available at*

https://www.brookings.edu/blog/fixgov/2017/08/31/the-2020-census-may-be-wildly-

inaccurate-and-it-matters-more-than-you-think/.

5.       There continue to be indications of White House and other political interference

with the Census Bureau and the 2020 Census. As explained below, Plaintiff submitted follow-

up FOIA requests on rumored deputy director appointee Thomas Brunell, as well as

communications between the White House, Congressional staff, DOC, OMB, and the Census

Bureau.

6.       Plaintiff has learned that although Brunell has since withdrawn from

consideration, he was scheduled to begin work at the Bureau on November 29, 2017. Ari

Berman, *Trump's Controversial Pick to Run the 2020 Census Withdraws*, Mother Jones (Feb.

12, 2018), *available at* https://www.motherjones.com/politics/2018/02/trumps-controversial-

pick-to-run-the-2020-census-withdraws/; E-mail from Latasha F. Ellis, Senior Executive

Service Program Manager, Human Resources Division, United States Census Bureau, to

Enrique Lamas, Associate Director for Demographic Programs, United States Census Bureau

(Nov. 13, 2017, 2:45 p.m.), *available at* https://protectdemocracy.org/resource-

library/document/foia-response-census-bureau-census-leadership-january-12-2018/.

7.       Brunell also received approval from the Office of Personnel Management

(OPM) and DOC. E-mail from Latasha F. Ellis, Senior Executive Service Program Manager,

Human Resources Division, United States Census Bureau, to Ron S. Jarmin, Associate Director

for Economic Programs and Performing the Non-Exclusive Functions and Duties of the

Director, United States Census Bureau *et al.* (Nov. 29, 2017, 10:11 a.m.), *available at*

https://protectdemocracy.org/resource-library/document/foia-response-census-bureau-census-leadership-january-12-2018/; E-mail from Latasha F. Ellis, Senior Executive Service Program Manager, Human Resources Division, United States Census Bureau, to Enrique Lamas, Associate Director for Demographic Programs, United States Census Bureau *et al.* (Nov. 21, 2017, 5:58 p.m.) *available at* https://protectdemocracy.org/resource-library/document/foia-response-census-bureau-census-leadership-january-12-2018/.

8.      Further, Brunell's start date appears to have been selected by the White House. E-mail from Latasha F. Ellis, Senior Executive Service Program Manager, Human Resources Division, United States Census Bureau, to Enrique Lamas, Associate Director for Demographic Programs, United States Census Bureau (Nov. 13, 2017, 4:21 p.m.) *available at* https://protectdemocracy.org/resource-library/document/foia-response-census-bureau-census-leadership-january-12-2018/.

9.      Political decision-making regarding the census has serious implications: the Census Bureau is now reviewing a request from the Department of Justice that a citizenship question be added to the census. Census experts have made clear that the inclusion of such questions would have a significant negative impact on the accuracy of the 2020 Census. *See, e.g.*, The Leadership Conference Education Fund, *Factsheet: Citizenship and Legal Status Questions on the 2020 Census: Preventing a Decennial Disaster* (Aug. 28, 2017), *available at* http://civilrightsdocs.info/pdf/census/2020/Fact-sheet-2020citizenshiplegalstatusquestion.pdf; Danny Vinik, *Trump's Threat to the 2020 Census*, Politico (April 9, 2017), *available at* https://www.politico.com/agenda/story/2017/04/trumps-threat-to-the-2020-census-000404.

10.      The stakes of an accurate census could not be higher. The American public must know whether there has been any inappropriate interference with this most essential of democratic functions.

**JURISDICTION AND VENUE**

11.     The Court has jurisdiction over this action pursuant to 5 U.S.C. §

552(a)(4)(B) and 28 U.S.C. § 1331.

12.     Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

13.     Plaintiff Protect Democracy is an organization with 501(c)(3) status,

incorporated under the laws of the District of Columbia, and headquartered at 2020

Pennsylvania Avenue, NW, #163, Washington, D.C. 20006. Plaintiff's mission is to prevent

our democracy from declining into a more authoritarian form of government by holding the

President and the Executive Branch accountable to the laws and longstanding practices that

have protected our democracy through both Democratic and Republican administrations. As

part of this mission, Plaintiff seeks to inform public understanding of operations and activities

of the government by gathering and disseminating information that is likely to contribute

significantly to the public understanding of executive branch operations and activities. Plaintiff

regularly requests such information pursuant to FOIA. Plaintiff intends to give the public access

to documents transmitted via FOIA on its website, www.protectdemocracy.org, and to provide

information about and analysis of those documents as appropriate.

14.     Defendant OMB is a component of the Executive Office of the President of the

United States. OMB is headquartered at 725 17th Street NW, Washington, D.C. 20503. OMB

has possession, custody, or control of the documents that Plaintiff seeks in response to its FOIA

request.

15.     Defendant DOC is an agency of the executive branch of the federal government

of the United States. DOC is headquartered at 1401 Constitution Ave NW, Washington, D.C.

20230. DOC has possession, custody, or control of the documents that Plaintiff seeks in

response to its FOIA request.

## STATEMENT OF FACTS

16.     Political interference with the proper collection and analysis of the data that

forms the basis of our representative form of government is a matter of extreme public

concern. The public must be able to hold the Administration accountable to its responsibility

to conduct a nonpartisan, accurate, and fair census. It is therefore critical to know whether

there has been any political inference with the leadership or implementation of the 2020

Census.

17.     To that end, on November 22, 2017, Plaintiff sent a FOIA request to OMB

requesting the following records:

1) All records, including but not limited to emails, notes, and memoranda,

reflecting, discussing, or otherwise relating to the possible appointment of Thomas

Brunell as deputy director of the Census Bureau, including but not limited to:

a. Communications between the Office of Management and Budget and the

Executive Office of the President,

b. Communications between the Office of Management and Budget and the

Office of the Secretary of Commerce,

c. Communications between the Office of Management and Budget and the

Census Bureau, and

d. Communications between the Office of Management and Budget and

members of Congress or their staffs.

The timeframe for this item is January 20, 2017 through the date that searches are

conducted for records responsive to this FOIA request.

2) All records, including but not limited to emails, notes, and memoranda,

reflecting, discussing, or otherwise relating to communications between the Office of

Management and Budget and

    a. The Executive Office of the President,

    b. The Office of the Secretary of Commerce,

    c. The Census Bureau, and/or

    d. Members of Congress or their staffs

regarding the 2020 census. The timeframe for this item is May 23, 2017 through the

date that searches are conducted for records responsive to this FOIA request.

    3) In addition to the records requested above, we also request records

describing the processing of this request, including records sufficient to identify search

terms used and locations and custodians searched, and any tracking sheets used to

track the processing of this request. If your agency uses FOIA questionnaires or

certifications completed by individual custodians or components to determine whether

they possess responsive materials or to describe how they conducted searches, we also

request any such records prepared in connection with the processing of this request.

*See* Exhibit A.

18.    Also on November 22, 2017, Plaintiff sent a FOIA request to DOC requesting the

following records:

    1) All records, including but not limited to emails, notes, and memoranda,

reflecting, discussing, or otherwise relating to the possible appointment of Thomas

Brunell as deputy director of the Census Bureau, including but not limited to:

    a. Communications between the Office of the Secretary of Commerce and the

    Executive Office of the President,

    b. Communications between the Office of the Secretary of Commerce and the

Census Bureau, and

    c. Communications between the Office of the Secretary of Commerce and

members of Congress or their staffs.

The timeframe for this item is January 20, 2017 through the date that searches are

conducted for records responsive to this FOIA request.

    2) All records, including but not limited to emails, notes, and memoranda,

reflecting, discussing, or otherwise relating to communications between the Office of the

Secretary of Commerce and

    a. The Executive Office of the President,

    b. The Census Bureau, and/or

    c. Members of Congress or their staffs

regarding the 2020 census. The timeframe for this item is June 1, 2017 through the date

that searches are conducted for records responsive to this FOIA request.

    3) In addition to the records requested above, we also request records describing

the processing of this request, including records sufficient to identify search terms used

and locations and custodians searched, and any tracking sheets used to track the

processing of this request. If your agency uses FOIA questionnaires or certifications

completed by individual custodians or components to determine whether they possess

responsive materials or to describe how they conducted searches, we also request any

such records prepared in connection with the processing of this request.

*See* Exhibit B.

    19.    Plaintiff requested fee waivers pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) or 5

U.S.C. § 552(a)(4)(A)(ii)(II). *See* Exhibits A, B. Plaintiff also requested expedited processing

pursuant to 5 U.S.C. § 552(a)(6)(E) and 28 C.F.R. § 16.5(e)(1)(ii), (iv). *Id.*

20.    Plaintiff submitted its FOIA request to OMB via email and its FOIA request to DOC via FOIAonline on November 22, 2017.

21.    On November 22, 2017, Plaintiff received an email from DOC confirming receipt of Plaintiff's request on November 22, 2017 and noting that the request had been recorded as request DOC-IOS-2018-000339. *See* Exhibit C. On December 5, 2017, Plaintiff received a letter from DOC denying Plaintiff's request for expedited processing for lack of sufficient information and failure to attach a certified statement. *See* Exhibit D. On December 8, 2017, Plaintiff received an email from DOC granting Plaintiff's fee waiver request in full. *See* Exhibit E.

22.    On November 29, 2017, Plaintiff received an email from OMB acknowledging receipt of Plaintiff's request on November 28, 2017 and noting that the request had been recorded as request 2018-071. *See* Exhibit F.

23.    Pursuant to FOIA, within twenty business days of receipt of Plaintiff's request—that is, by December 21, 2017 for DOC and December 27, 2017 for OMB—Defendants were required to "determine . . . whether to comply with such request" and to "immediately notify" Plaintiff of "such determination and the reasons therefor," Plaintiff's right "to seek assistance from the FOIA Public Liaison of the agency," and, in the case of an adverse determination, Plaintiff's right to appeal. 5 U.S.C. § 552(a)(6)(A)(i).

24.    To date, Defendants have failed to make the required determination and notifications. Defendant OMB has also failed to make a determination regarding Plaintiff's requests for a fee waiver and expedited processing.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

25.    Plaintiff re-alleges and incorporates by reference all preceding paragraphs.

26.    Defendants are in violation of FOIA by failing to respond to Plaintiff's request

within the statutorily prescribed time limit and by unlawfully withholding records responsive

to Plaintiff's request.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

(1)    Order Defendants, by a date certain, to conduct a search that is reasonably likely to lead to the discovery of any and all records responsive to Plaintiff's request;

(2)    Order Defendants, by a date certain, to demonstrate that it has conducted an adequate search;

(3)    Order Defendants, by a date certain, to produce to Plaintiff any and all non-exempt records or portions of records responsive to Plaintiff's request, as well as a *Vaughn* index of any records or portions of records withheld due to a claim of exemption;

(4)    Enjoin Defendants from improperly withholding records responsive to Plaintiff's request;

(5)    Order Defendants to grant Plaintiff's request for a fee waiver;

(6)    Grant Plaintiff an award of attorney fees and other reasonable litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E);

(7)    Grant Plaintiff such other relief as the Court deems appropriate.


Date: February 20, 2018

/s/ *Justin Florence*
Justin Florence (DC Bar No. 988953)
Jamila G. Benkato*
The Protect Democracy Project
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
justin.florence@protectdemocracy.org
jamila.benkato@protectdemocracy.org
Phone: (202) 751-4058
Fax: (929) 777-8428

*Counsel for Plaintiff*

*\*Not admitted to D.C.; supervised by licensed member of D.C. Bar*