**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>THE OFFICE OF MANAGEMENT AND BUDGET and the U.S. DEPARTMENT OF COMMERCE,<br><br>*Defendants*. | Civil Action No. 18-379 (RCL) |

**CONSENT MOTION TO VACATE**
**SUMMARY JUDGMENT MOTION DEADLINE**

Defendants, the Office of Management and Budget ("OMB") and the United States Department of Commerce ("DOC"), respectfully request the Court vacate the deadline for Defendants to file a summary judgment motion in this Freedom of Information Act ("FOIA") case. Plaintiff, through counsel, consents to the requested relief. In support of its request, Defendants state as follows:

1. Plaintiff filed this action on February 20, 2018 seeking records from OMB and DOC. ECF No. 1. Plaintiff previously filed another FOIA lawsuit against the same agencies. *See Protect Democracy Project v. OMB*, No. 17-2561-RCL (D.D.C.). The requests in both cases seek various records relating to the Census Bureau.

2. On May 21, 2018, the Court issued an Order directing Defendants to file a dispositive motion by June 21, 2018, in this case. *See* ECF No. 15.

3. Defendants are unable to move for summary judgment because they have not completed documents productions in response to Plaintiff's FOIA requests.

4.	The parties have conferred about a production schedule for this case and case number 17-2561.  OMB has completed its search for records responsive to the requests in both cases and agrees to process 250 documents and make an initial production of any non-exempt, responsive records by July 16, 2018.  Afterwards, OMB will process 300 documents per month and make productions on the 15th of every month or next business day if the 15th falls on a weekend or holiday.  The parties intend to confer to discuss narrowing of the records compiled by OMB.

5.	DOC has produced certain responsive records to Plaintiff's requests in connection with another FOIA request by Plaintiff that is not at issue in this case or case number 17-2561.  For the portions of Plaintiff's requests in this case and case number 17-2561 that have not already been responded to, DOC agrees to present proposed search parameters to Plaintiff by June 26, 2018.  The parties will thereafter meet and confer regarding the searches.  Once agreement is reached, or if agreement cannot be reached, DOC will conduct searches and the parties will thereafter confer about a production schedule.

In light of this status, Defendants propose that the Court vacate the existing dispositive motion deadline and order the parties to submit joint status reports every 60 days until Defendants' document productions are complete.  Defendants further propose that the parties file a joint status report within 14 days after the completion of Defendants' productions with a proposed briefing schedule if briefing will be necessary.

A proposed order is attached.

>	Respectfully submitted,
>
>	JESSIE K. LIU
>	United States Attorney
>	D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By:_____/s/_____
JOSHUA KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599

*Counsel for Defendants*