UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET and THE U.S. DEPARTMENT OF COMMERCE,<br><br>Defendants. | Civil Case No. 18-379 (RCL) |

## ORDER

The Court now considers the defendants' Unopposed Motion to Stay Proceedings in Light of Lapse in Appropriations [ECF No. 21]. Upon consideration, the motion is hereby **GRANTED**. Defendants shall notify the Court within two (2) days after Congress has appropriated funds for the Department. Within five (5) days thereafter, defendants shall consult with opposing counsel and propose a schedule for further proceedings herein.

**IT IS SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge

Date: 16Th of January, 2019