**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-0379 (RCL) |
| OFFICE OF MANAGEMENT AND BUDGET and U.S. DEPARTMENT OF COMMERCE, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of April 25, 2019, Plaintiff Protect Democracy Project and Defendants the Office of Management and Budget ("OMB") and the United States Department of Commerce ("DOC") respectfully submit this Joint Status Report in this Freedom of Information Act case.

DOC reports that it has completed its initial processing of the approximately 1,000 pages that remain. Those records are presently under a clearance review and the agency intends to make a final production releasing all non-exempt responsive information no later than July 17, 2019.

On May 10, 2019, OMB informed Plaintiff that it had reviewed 300 documents potentially responsive to its requests and released in part 37 documents and withheld in full 25 documents. On May 17, 2019, OMB informed Plaintiff that it had completed its review of 300 records and found no documents responsive to the requests. On June 17, 2019, OMB informed plaintiff that it had reviewed 300 documents potentially responsive to its requests and released in

part 24 documents and withheld in full 29 documents.  OMB is continuing to review potentially responsive records.

Pursuant to the Court's July 6, 2018, Order, ECF No. 15, the parties are scheduled to submit another Joint Status Report on or before August 20, 2019.  As the undersigned counsel for Defendant will be out of the country between August 16 and September 2, 2019, the parties respectfully request to submit the next Joint Status Report on September 5, 2019.

Dated:  June 21, 2019               Respectfully submitted,

                                                /s/ *Dennis Lawson*
Dennis Lawson
D.C. Bar No. 452402
DECHERT LLP
1900 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 261-3343
Dennis.Lawson@dechert.com

Nicholas Passaro (admitted *pro hac vice*)
N.Y. Bar No. 5527890
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 649-8755
Nick.Passaro@dechert.com

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

            /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendants*