**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF MANAGEMENT AND BUDGET ) <br> and U.S. DEPARTMENT OF COMMERCE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-0379 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 19, 2019, Plaintiff Protect Democracy Project and Defendants the Office of Management and Budget ("OMB") and the United States Department of Commerce ("DOC") respectfully submit this Joint Status Report in this Freedom of Information Act case.

On July 18, 2019, DOC made a final production that contained 198 documents comprising 1,959 pages. DOC withheld nine documents in full, comprising 108 pages.

On July 31, 2019, OMB informed Plaintiff that it had reviewed 300 documents potentially responsive to its requests and released in part 21 documents and withheld in full three documents. On August 30, 2019, OMB informed Plaintiff that it had completed its review of 300 records and released in part 21 documents. OMB is continuing to review potentially responsive records.

Pursuant to the Court's July 6, 2018, Order, ECF No. 17, the parties are scheduled to submit another Joint Status Report on or before November 4, 2019.

Dated:  September 5, 2019                    Respectfully submitted,

                /s/ *Dennis Lawson*
               Dennis Lawson
               D.C. Bar No. 452402
               DECHERT LLP
               1900 K Street, N.W.
               Washington, D.C.  20006
               Telephone:  (202) 261-3343
               Dennis.Lawson@dechert.com

               Nicholas Passaro (admitted *pro hac vice*)
               N.Y. Bar No. 5527890
               DECHERT LLP
               1095 Avenue of the Americas
               New York, New York  10036
               Telephone:  (212) 649-8755
               Nick.Passaro@dechert.com

               *Counsel for Plaintiff*

               JESSIE K. LIU, D.C. Bar No. 472845
               United States Attorney

               DANIEL F. VAN HORN, D.C. Bar No. 924092
               Chief, Civil Division

                /s/ *Paul Cirino*
               PAUL CIRINO
               Assistant United States Attorney
               Civil Division
               U.S. Attorney's Office for the District of Columbia
               555 Fourth Street, N.W.
               Washington, D.C.  20530
               Phone: (202) 252-2529
               paul.cirino@usdoj.gov

               *Attorneys for Defendants*